UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:15-cr-55-T-17EAJ

JOSE RAMONES

### FORFEITURE MONEY JUDGMENT

The United States moves pursuant to 21 U.S.C. § 853(a)(1) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a forfeiture money judgment in the amount of $42,250.00 against defendant Jose Ramones, representing the amount of proceeds he obtained as a result of his participation in the marijuana and cocaine trafficking conspiracy, in violation of 21 U.S.C. § 846, as charged in count one of the Indictment.

The Indictment charges the defendant, in relevant part, with conspiracy to distribute and to possess with intent to distribute 1,000 kilograms or more or marijuana and 5 kilograms or more of cocaine, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.  The Indictment also contains forfeiture allegations pursuant to 21 U.S.C. § 853, which give notice to the defendant that the United States intends to forfeit property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such offense, and any property used or intended to be used to commit or to facilitate the commission of the drug trafficking conspiracy.

CASE NO. 8:15-CR-55-T-17EAJ

The defendant pleaded guilty to count one pursuant to a written plea agreement, and the Court accepted his plea and adjudged him guilty. In his plea agreement, the defendant agrees to forfeit immediately and voluntarily all assets and property, or portions thereof, subject to forfeiture pursuant to 21 U.S.C. § 853, including a money judgment in the amount of $42,250.00.

The Court finds that the United States has established that Jose Ramones obtained $42,250.00 as a result of his participation in the conspiracy charged in count one of the Indictment.

Accordingly, the motion of the United States is **GRANTED**. Under 21 U.S.C. § 853(a) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Jose Ramones is liable to the United States of America for a $42,250.00 forfeiture money judgment.

The Court retains jurisdiction to effect the forfeiture and disposition of any assets belonging to the defendant that the United States is entitled to forfeit as a substitute asset pursuant to 21 U.S.C. § 853(p) in satisfaction of the defendant's money judgment.

**ORDERED** in Tampa, Florida, on September 25th, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record